DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

BRITNEY PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2669

———————————————

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Dane K. Chase of Chase Law Florida, P.A., St. Petersburg, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

 Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.